IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IAN HARKER, CORRANDINA BALDACCHINO, and GH, a minor, | CIVIL ACTION NO. 3:15-CV-277 |
| Plaintiffs, | |
| v. | JUDGE KIM R. GIBSON |
| JOHN O. CHAN, M.D. and CONEMAUGH MEMORIAL MEDICAL CENTER, | |
| Defendants. | |

## JURY VERDICT SLIP

State the amount of damages, if any, you believe were sustained by GH as a result of negligence by the Defendant(s).

(a) GH's Past and Future Non-Economic Damages: (pain and suffering, embarrassment and humiliation, loss of ability to enjoy the pleasure of life, and disfigurement)    $ 43,750,000.00

(b) GH's Future Medical Expenses by Year

$ 128,870 _____ 2018

$ 133,601 _____ 2019

$ 7,505 _____ 2020

$ 7,720 _____ 2021

$ 6,943 _____ 2022

$ 9,496 _____ 2023

$ 9,753 _____ 2024

$ __10,018__ 2025

$ __10,290__ 2026

$ __17,927__ 2027

$ __18,207__ 2028

$ __18,685__ 2029

$ __17,827__ 2030

$ __18,283__ 2031

$ __25,690__ 2032

$ __26,379__ 2033

$ __26,616__ 2034

$ __27,327__ 2035

$ __28,056__ 2036

$ __24,854__ 2037

$ __25,486__ 2038

$ __26,134__ 2039

$ __26,798__ 2040

$ __27,480__ 2041

$ __23,217__ 2042

$ __23,803__ 2043

$ __24,405__ 2044

$ __25,022__ 2045

$ _____25,654_____ 2046

$ _____26,302_____ 2047

$ _____26,967_____ 2048

$ _____27,649_____ 2049

$ _____28,348_____ 2050

$ _____29,065_____ 2051

$ _____29,800_____ 2052

$ _____30,554_____ 2053

$ _____31,327_____ 2054

$ _____32,119_____ 2055

$ _____32,932_____ 2056

$ _____33,765_____ 2057

$ _____34,620_____ 2058

$ _____35,496_____ 2059

$ _____36,395_____ 2060

$ _____37,316_____ 2061

$ _____38,261_____ 2062

$ _____39,230_____ 2063

$ _____40,223_____ 2064

$ _____41,242_____ 2065

$ _____42,287_____ 2066

$ _____43,358_____ 2067

$ _____ 44,457 _____ 2068

$ _____ 45,583 _____ 2069

$ _____ 46,738 _____ 2070

$ _____ 47,923 _____ 2071

$ _____ 49,138 _____ 2072

$ _____ 50,384 _____ 2073

$ _____ 51,661 _____ 2074

$ _____ 52,971 _____ 2075

$ _____ 54,315 _____ 2076

$ _____ 55,693 _____ 2077

$ _____ 57,106 _____ 2078

$ _____ 58,555 _____ 2079

$ _____ 60,041 _____ 2080

$ _____ 61,565 _____ 2081

$ _____ 63,128 _____ 2082

$ _____ 64,730 _____ 2083

$ _____ 66,374 _____ 2084

$ _____ 68,060 _____ 2085

$ _____ 69,788 _____ 2086

$ _____ 71,561 _____ 2087

$ _____ 73,379 _____ 2088

4

$ __75,244__ 2089

$ __77,156__ 2090

$ __79,117__ 2091

$ __81,129__ 2092

$ __83,192__ 2093

$ __85,307__ 2094

$ __69,982__ 2095

Please sign the next page.

## JUROR SIGNATURE PAGE

Date: _____March 22, 2018_____

Signed: _____[signature]_____ (Jury Foreperson)

_____[signature] Charles T. Fleendr_____

_____[signature] Manges_____

_____[signature] W. Coly_____

_____[signature] Todd Mautana_____

_____[signature] William Henkel, Sr._____

_____[signature] Chris Sirko_____

_____[signature] Michael W. Wayne_____

_____[signature] Nancy Gauderidge_____

_____[signature]_____

_____[signature] Consuela M. Cleary_____

_____[signature] S. Mum_____

6