IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN HARKER, CORRANDINA BALDACCHINO, and GH, a minor, | ) ) ) | CIVIL ACTION NO. 3:15-CV-277 |
| Plaintiffs, | ) ) ) | JUDGE KIM R. GIBSON |
| v. | ) ) | |
| JOHN O. CHAN, M.D. and CONEMAUGH MEMORIAL MEDICAL CENTER, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

**AND NOW**, this 23rd day of March, 2018, in accordance with the Court's Rule 50 order granting Plaintiffs' motion for judgment as a matter of law on negligence (ECF No. 67), and in accordance with the jury's verdict on Plaintiffs' economic and non-economic damages (ECF No. 72), it is **HEREBY ORDERED** that judgment in the above-captioned matter is **HEREBY ENTERED** in favor of Plaintiffs in the amount specified in the jury's verdict form (ECF No. 72).

BY THE COURT:

_Kim R. Gibson_
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE