IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN HARKER, CORRANDINA BALDACCHINO, and GH, a minor, | ) ) ) | CIVIL ACTION NO. 3:15-CV-277 |
| Plaintiffs, | ) ) ) | JUDGE KIM R. GIBSON |
| v. | ) ) | |
| JOHN O. CHAN, M.D. and CONEMAUGH MEMORIAL MEDICAL CENTER, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## REVISED ORDER

**AND NOW**, this 19th day of April, 2018, the transcripts from trial dates March 20, 2018, March 21, 2018, and March 22, 2018 having been docketed (*see* ECF Nos. 80, 81, 82), the Court **HEREBY REVISES** the previous Order of April 17, 2018 (ECF No. 79) as follows:

1. The parties are responsible for obtaining transcripts from the court reporters.
2. The parties shall have until **April 30, 2018**, to obtain said transcripts.
3. Defendants' brief in support of their motion for a new trial shall be due on **May 21, 2018**.
4. Plaintiffs' reply brief shall be due on **June 11, 2018**.

BY THE COURT:

_____
KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

1